# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 2, 2011

No. 10-30868

Lyle W. Cayce
Clerk

In the Matter of:  WORK CONSTRUCTION COMPANY, INCORPORATED,

Debtor

-----------------------------------------------------------------------

MAGNIFICENT EIGHT, L.L.C.,

Appellant

v.

WORK CONSTRUCTION COMPANY, INCORPORATED,

Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-1132

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.